In the Matter of the Accounting of JOHN T. G. FINN et al., as Trustees under the Will of DANIEL K. DE BEIXEDON, Deceased.

JOHN T. G. FINN et al., Appellants; BENNETT DE BEIXEDON, Individually and as Trustee, Respondent.

(Submitted July 11, 1933; decided October 3, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 168.`

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BEN WEISS, Appellant.

(Submitted October 2, 1933; decided October 3, 1933.)

Motion to vacate order dismissing appeal and for enlargement of time granted and case set down for argument on fourth Monday of present session. (See 260 N. Y. 654.)